| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter  7 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | ClubX, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FKA  Sport & Health Clubs, L.C. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 54-1959156 |

| | | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| 4. | **Debtor's address** | c/o David C. Canfield, Esq.<br>Bean Kinney & Korman, P.C.<br>2311 Wilson Blvd., Suite 500<br>Arlington, VA 22201-5422<br>Number, Street, City, State & ZIP Code | 451 Hungerford Dr., Suite 700<br>Rockville, MD 20850-5121<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Arlington<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  ClubX, LLC _____  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  ClubX, LLC                                   Case number (*if known*)
        Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**   _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
     Contact name  _____
     Phone  _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  ClubX, LLC  
   Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 5, 2020  
        MM / DD / YYYY

**X** /s/ Thomas D. W. Fauquier      Thomas D. W. Fauquier  
Signature of authorized representative of debtor    Printed name

Title   CEO

**18. Signature of attorney**

**X** /s/ Steven B. Ramsdell,      Date November 5, 2020  
Signature of attorney for debtor        MM / DD / YYYY

Steven B. Ramsdell, 33222  
Printed name

Tyler, Bartl & Ramsdell, PLC  
Firm name

300 N. Washington St.  
Suite 310  
Alexandria, VA 22314  
Number, Street, City, State & ZIP Code

Contact phone   (703) 549-5000    Email address _____

33222 VA  
Bar number and State

Alexandria Two Associates, LP
c/o William Eacho
6223 Kennedy Dr.
Chevy Chase, MD 20815


Bethesda-Chevy Chase Racquet
c/o Promark Partners
450 Hungerford Dr., Suite 700
Rockville, MD 20850


Brafferton Owner, LLC
c/o MD Financial Investors Inc
2800 Quarry Lake Dr., # 340
Baltimore, MD 21209


Brambletown Town Center Assoc.
c/o Suave Enterprises, LLC
3400 E. Lafayette
Detroit, MI 48207


CESC Gateway One, LLC
c/o JBG SMITH Mgmt. Services
4747 Bethesda Ave., Suite 200
Bethesda, MD 20814


CESC Gateway Two, LLC
c/o JBG SMITH Mgmt. Services
4747 Bethesda Ave., Suite 200
Bethesda, MD 20814


Douglas Development Corp.
702 H St., NW, Suite 400
Washington, DC 20001


Evergreen Square Limited
c/o Core Development Group
24012 Frederick Rd.
Clarksburg, MD 20871


FC Ballston Commons, LLC
600 Superior Ave. East
Suite 1500
Cleveland, OH 44114-2619

Fitness Complex, LLC
c/o Tri Borough Management
1509 Dodona Terrace, Suite 205
Leesburg, VA 20175

JBG/Woodbridge Retail LLC
c/o JBG Rosenfeld Retail Prop.
4445 Willard Ave., Suite 400
Chevy Chase, MD 20815

K and W, LC
194 Serenity View Ln.
Middletown, VA 22645

Leon Koutsouftikis, Esq.
Magruder Cook Koutsouftikis
1889 Preston White Dr., #200
Reston, VA 20191

Market Square at Frederick LLC
c/o JBGR/TRS, LLC
4747 Bethesda Ave., Suite 200
Bethesda, MD 20814

Michael W. Robinson, Esq.
Venable LLP
8010 Towers Crescent Dr., #300
Vienna, VA 22182

Real Property Advisors, LLC
451 Hungerford Dr., Suite 700
Rockville, MD 20850

Russell Avenue Operating, LLC
c/o Promark Partners
451 Hungerford Dr., Suite 700
Rockville, MD 20850

Sport & Health Holdings, LLC
451 Hungerford Dr., Suite 700
Rockville, MD 20850

Sport and Health Virginia
Properties, LC
6726 Curran St., Suite 300
McLean, VA 22102

```
Target Corporation
Property Development TPN 12 Fl
1000 Nicollet Mall
Minneapolis, MN 55403


Third Crystal Park Assoc.
c/o JBG SMITH Mgmt. Services
4747 Bethesda Ave., Suite 200
Bethesda, MD 20814


US Fitness Holdings, LLC
6726 Curran St., Suite 300
McLean, VA 22102


Worldgate Centre
c/o Rappaport
8405 Greensboro Dr., 8th Fl.
McLean, VA 22102-5121
```

# United States Bankruptcy Court
## Eastern District of Virginia

In re: ClubX, LLC
Debtor(s)

Case No.
Chapter  7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  ClubX, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Sport & Health Holdings, LLC
451 Hungerford Dr., Suite 700
Rockville, MD 20850-5121

☐ None [*Check if applicable*]

| | |
|---|---|
| November 5, 2020 | /s/ Steven B. Ramsdell, |
| Date | Steven B. Ramsdell, 33222 |
| | Signature of Attorney or Litigant |
| | Counsel for  ClubX, LLC |
| | Tyler, Bartl & Ramsdell, PLC |
| | 300 N. Washington St. |
| | Suite 310 |
| | Alexandria, VA 22314 |
| | (703) 549-5000 Fax:(703) 549-5011 |