UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| In re: | § | Case No. 20-12470-KHK |
|---|---|---|
| | § | |
| CLUBX, LLC | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Jennifer J. West, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

200 S. Washington St., Alexandria, VA 22314-5405

**NOTICE**

UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO ANY FEE APPLICATION THAT HAS NOT ALREADY BEEN APPROVED, OR TO THIS FINAL REPORT, IS FILED WITH THE CLERK OF COURT AND SERVED ON THE TRUSTEE, ANY PARTY WHOSE APPLICATION IS BEING CHALLENGED, AND THE UNITED STATES TRUSTEE, WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE FINAL REPORT AND THE FEE APPLICATIONS AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.

A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS FINAL REPORT AND RELATED FEE APPLICATIONS IS SCHEDULED FOR JUNE 17, 2025 AT 11:00 A.M., AT US BANKRUPTCY COURT, 200 S. WASHINGTON ST., COURTROOM III, ALEXANDRIA, VA 22314-5405. IF THERE IS NO TIMELY FILED RESPONSE IN OPPOSITION TO THE RELIEF REQUESTED, THE HEARING MAY BE CANCELLED, THE COURT MAY ACT UPON THE FEE APPLICATIONS AND THE TRUSTEE MAY PAY DIVIDENDS PURSUANT TO FRBP 3009 WITHOUT FURTHER ORDER OF THE COURT.

Date Mailed:   05/06/2025        By:  /s/ Jennifer J. West
                                     Trustee

Jennifer J. West
411 E. Franklin St., Suite 600
Richmond, VA 23219
Phone: (804) 697-2000

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-12470-KHK |
| | § | |
| CLUBX, LLC | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $1,280,000.00
*and approved disbursements of*     $512,368.52
*leaving a balance on hand of*[1]:     $767,631.48

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $767,631.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| H. Jason Gold, Trustee, Trustee Fees | $3,750.00 | $0.00 | $3,750.00 |
| Jennifer J. West, Trustee Expenses | $45.34 | $0.00 | $45.34 |
| Attorney for Trustee fees paid pursuant to Order entered 4/15/25 (Doc 194), Attorney for Trustee Fees | $494,160.50 | $494,160.50 | $0.00 |
| Attorney for Trustee expenses paid pursuant to Order entered 4/15/25 (Doc 194), Attorney for Trustee Expenses | $14,447.61 | $14,447.61 | $0.00 |
| Other: Jennifer J. West, Trustee Fees | $57,900.00 | $0.00 | $57,900.00 |
| Other: Nelson Mullins Riley & Scarborough LLP, Attorney for Trustee Fees | $17,092.00 | $0.00 | $17,092.00 |
| Other: Nelson Mullins Riley & Scarborough LLP, Attorney for Trustee Expenses | $11.00 | $0.00 | $11.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $78,798.34 |
| Remaining balance: | $688,833.14 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $688,833.14 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $688,833.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,968,342.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | WORLDGATE CENTRE OWNER, LLC | $27,968,342.65 | $0.00 | $688,833.14 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $688,833.14 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Jennifer J. West
                    Trustee

Jennifer J. West
411 E. Franklin St., Suite 600
Richmond, VA 23219
Phone: (804) 697-2000

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Notice of Final Report and Application for Compensation and Deadline to Object was served electronically via the Court's CM/ECF system or via first class mail, postage pre-paid, to the Office of the U.S. Trustee, and to all creditors and other parties of interest shown on the attached list on May 7, 2025.

/s/ Jennifer J. West
Jennifer J. West, Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| H. JASON GOLD, TRUSTEE<br>PO BOX 57359<br>WASHINGTON DC 20037 | Alexandria Two Associates, LP<br>c/o William Eacho<br>6223 Kennedy Dr.<br>Chevy Chase, MD 20815-6507 | Bethesda-Chevy Chase Racquet<br>c/o Promark Partners<br>450 Hungerford Dr., Suite 700<br>Rockville, MD 20850-0000 |
| Brafferton Owner, LLC<br>c/o MD Financial Investors Inc<br>2800 Quarry Lake Dr., # 340<br>Baltimore, MD 21209-3764 | Brambletown Town Center Assoc.<br>c/o Suave Enterprises, LLC<br>3400 E. Lafayette<br>Detroit, MI 48207-4962 | CESC Gateway One, LLC<br>c/o JBG SMITH Mgmt. Services<br>4747 Bethesda Ave., Suite 200<br>Bethesda, MD 20814-5282 |
| ClubX, LLC<br>451 Hungerford Dr., Suite 700<br>Rockville, MD 20850-5121 | Douglas Development Corp.<br>702 H St., NW, Suite 400<br>Washington, DC 20001-3875 | Evergreen Square Limited<br>c/o Core Development Group<br>24012 Frederick Rd.<br>Clarksburg, MD 20871-9718 |
| FC Ballston Commons, LLC<br>600 Superior Ave. East<br>Suite 1500<br>Cleveland, OH 44114-2619 | Fitness Complex, LLC<br>c/o Tri Borough Management<br>1509 Dodona Terrace, Suite 205<br>Leesburg, VA 20175-4710 | Janet M. Meiburger<br>Janet M. Meiburger, Trustee<br>The Meiburger Law Firm, P.C.<br>1487 Chain Bridge Rd., Ste 200<br>McLean, VA 22101-5723 |
| JBG/Woodbridge Retail LLC<br>c/o JBG Rosenfeld Retail Prop.<br>4445 Willard Ave., Suite 400<br>Chevy Chase, MD 20815-4641 | K and W, LC<br>194 Serenity View Ln.<br>Middletown, VA 22645-4022 | Leon Koutsouftikis, Esq.<br>Magruder Cook Koutsouftikis<br>1889 Preston White Dr., #200<br>Reston, VA 20191-4368 |
| Market Square at Frederick LLC<br>c/o JBGR/TRS, LLC<br>4747 Bethesda Ave., Suite 200<br>Bethesda, MD 20814-5282 | Michael W. Robinson, Esq.<br>Venable LLP<br>8010 Towers Crescent Dr., #300<br>Vienna, VA 22182-2723 | Real Property Advisors, LLC<br>451 Hungerford Dr., Suite 700<br>Rockville, MD 20850-5121 |
| Russell Avenue Operating, LLC<br>c/o Promark Partners<br>451 Hungerford Dr., Suite 700<br>Rockville, MD 20850-5121 | Sport & Health Holdings, LLC<br>451 Hungerford Dr., Suite 700<br>Rockville, MD 20850-5121 | Sport and Health Virginia<br>Properties, LC<br>6726 Curran St., Suite 300<br>McLean, VA 22101-3803 |
| Steven B. Ramsdell<br>Tyler, Bartl & Ramsdell, P.L.C.<br>300 N. Washington St., Suite 310<br>Alexandria, VA 22314-2530 | Target Corporation<br>Property Development TPN 12 Fl<br>1000 Nicollet Mall<br>Minneapolis, MN 55403-2542 | Third Crystal Park Assoc.<br>c/o JBG SMITH Mgmt. Services<br>4747 Bethesda Ave., Suite 200<br>Bethesda, MD 20814-5282 |
| US Fitness Holdings, LLC<br>6726 Curran St., Suite 300<br>McLean, VA 22101-3803 | Worldgate Centre<br>c/o Rappaport<br>8405 Greensboro Dr., 8th Fl.<br>McLean, VA 22102-5104 | Worldgate Centre Owner, LLC<br>c/o Stephen K. Gallagher<br>Venable LLP<br>8010 Towers Crescent Dr., Suite 300<br>Tysons, VA 22182-2723 |