IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| ClubX, LLC | ) ) ) | Case No. 20-12470 Chapter 7 |
| Debtor. | ) ) ) | |

### NOTICE OF MOTION TO REOPEN PROCEEDINGS TO SEEK CLARIFICATION CONCERNING THE SCOPE OF THE COURT'S BAR ORDER AND NOTICE OF HEARING ON SEPTEMBER 23, 2025 AT 11:00 A.M.

Worldgate Centre Owner, LLC ("Worldgate"), Sport & Health Holdings, LLC ("Holdings"), RT Sport & Health Holding, LLC ("RT"), VM Club Properties, LLC ("VM Club"), The Minkoff Family Investment Club LLC ("Minkoff Family"), Green Stamps LLC ("Green Stamps"), Real Property Advisors, L.L.C. ("RPA"), Thomas D.W. Fauquier ("Mr. Fauquier"), Russell C. Minkoff ("Russell Minkoff"), and Barry Minkoff (collectively, the "Parties"), by counsel have filed papers with the Court requesting that the Court reopen the case for matters related to whether claims filed in the Fairfax County Circuit Court are barred by the Court's January 14, 2025 order.  A copy of the filed Joint Motion to Reopen Proceedings to Seek Clarification Concerning the Scope of the Court's Bar Order (the "Motion") is attached to this Notice.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, then you may wish to consult one.)**

If you do not want the Court to grant the Motion or if you want the Court to consider your views on the Motion, then **on or before September 16, 2025**, you or your attorney must attend the hearing and file with the Court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H), electronically via the Court's ECF system or otherwise with the Clerk's Office at the following address:

Stephen K. Gallagher, VSB No. 38085
VENABLE LLP
1850 Towers Crescent Plaza, Suite 300
Tysons, VA 22182
Phone: (703) 760-1600
Fax: (703) 821-8949
skgallagher@venable.com
*Counsel to Worldgate Centre Owner, LLC*

Clerk, U.S. Bankruptcy Court
Eastern District of Virginia
Alexandria Division
200 S. Washington St.
Alexandria, VA 22314-5405

**NOTICE**

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION IS FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY NO LATER THAN 7 DAYS BEFORE THE DATE OF THE HEARING THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

**For the avoidance of doubt, all parties receiving this Notice, including those parties who previously received copies upon filing of the Motion via CM/ECF on August 29, 2025, shall have until September 16, 2025 to file a timely response to the Motion.**

If you mail your request or response to the Court for filing, then you should mail it early enough so that the Court will receive it on or before the date started above. You must also mail a copy to the undersigned counsel and the parties listed on the attached certificate of Service. If you or your attorney do not take these steps, then the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR SEPTEMBER 23, 2025 AT 11:00 A.M., PREVAILING EASTERN TIME, IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION, JUDGE KINDRED'S COURTOOM, 200 S. WASHINGTON ST., ALEXANDRIA, VA 22314-5404.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

Dated:  August 29, 2025          By:          */s/ Stephen K. Gallagher*
                                              Stephen K. Gallagher VSB No. 38085
                                              VENABLE LLP
                                              1850 Towers Crescent Plaza,
                                              Suite 400
                                              Tysons, VA 22182
                                              Phone: (703) 760-1600
                                              Fax: (703) 821-8949
                                              skgallagher@venable.com

                                              *Counsel to Worldgate Centre Owner, LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of August 2025, a copy of the foregoing Notice of Motion to Reopen Proceedings to Seek Clarification Concerning the Scope of the Court's Bar Order and Notice of Hearing, along with a copy of the Motion, was sent by first-class U.S. mail, postage prepaid, and/or by electronic means to the following parties

| | |
|---|---|
| ClubX, LLC<br>451 Hungerford Dr., Suite 700<br>Rockville, MD 20850-5121<br><br>*Debtor* | Office of the U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, Virginia 22314 |
| Steven B. Ramsdell, Esq.<br>Tyler, Bartl, Ramsell & Counts, PLC<br>300 N. Washington St., Suite 202<br>Alexandria, Virginia 22314<br><br>*Debtor's Counsel* | Bradford F. Englander, Esq.<br>Whiteford Taylor & Preston, LLP<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, Virginia 22042<br>benglander@whitefordlaw.com<br><br>*Co-Counsel to Holdings* |
| Robert H. Chappell, III, Esq.<br>Jennifer J. West, Esq.<br>Christopher A. Hurley, Esq.<br>Spotts Fain PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>rchappell@spottsfain.com<br>jwest@spottsfain.com<br>churley@spottsfain.com<br><br>*Counsel for Jennifer J. West, Chapter 7 Trustee* | C. Bryan Wilson, Esq.<br>Williams & Connolly LLP<br>680 Maine Avenue, S.W.<br>Washington, D.C. 20024<br>bwilson@wc.com<br><br>*Co-Counsel to Holdings* |

                                            /s/ *Stephen K. Gallagher*
                                            Stephen K. Gallagher